# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4717

PLAINTIFF:
Cement Masons' Union Local No. 592 Pension Fund, et al.

vs.

DEFENDANT:
Correnti Construction Corporation a/k/a Correnti Concrete Company

For:
Marc Gelman, Esquire
Jennings Sigmond
The Penn Mutual Towers 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on CORRENTI CONSTRUCTION CORPORATION a/k/a Correnti Concrete Company, 100 Mill Street, Clifton Heights, PA 19018.

I, GERALD TAYLOR, being duly sworn, depose and say that on the **7th day of August, 2002** at **5:45 pm**, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF BUSINESS, TO A PERSON THEREIN WHO IS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Mark Corren**, TITLE: **Manager - Authorized Agent** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

Description of Person Served: Age: 43, Sex: M, Race/Skin Color: Caucasian, Height: 5'9, Weight: 195, Hair: Blk/Gray, Glasses: Y

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

GERALD TAYLOR
Process Server

Subscribed and Sworn to before me on the 9th day of August, 2002 by the affiant who is personally known to me.

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

NOTARY PUBLIC

Our Job Serial Number: 2002002241

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c