# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, et al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CORRENTI CONSTRUCTION CORPORATION | : | |
| | : | |
| Defendant | : | NO. 02-4717 |

## REQUEST TO CLERK TO ENTER DEFAULT
## PURSUANT TO FED. R. CIV. PRO. 55(a)

TO:   Michael E. Kunz, Clerk
       United States District Court for the
       Eastern District of Pennsylvania
       U.S. Courthouse
       60l Market Street
       Philadelphia, PA l9l06

You will please enter a default on Defendant, Correnti Construction Corporation for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached affidavit of Marc L. Gelman, Esquire.

                              Respectfully submitted,

                              JENNINGS SIGMOND

                BY:  s/ Marc L. Gelman
                            SANFORD G. ROSENTHAL (ID.NO. 38991)
                            MARC L. GELMAN (ID.NO.78857)
                            The Penn Mutual Towers, 16th Fl.
                            510 Walnut Street, Independence Square
                            Philadelphia, PA 19106-3683
                            (215) 351-0623/0611
Date: September 17, 2002            Attorneys for Plaintiffs

104180-1

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| CORRENTI CONSTRUCTION CORPORATION | : | |
| Defendant | : | NO. 02-4717 |

## AFFIDAVIT OF MARC L. GELMAN, ESQUIRE
## FOR ENTRY OF DEFAULT

**COMMONWEALTH OF PENNSYLVANIA** :
: SS
**COUNTY OF PHILADELPHIA** :

Marc L. Gelman, having been first duly sworn according to law, hereby deposes and states as follows:

I am the attorney for the Plaintiffs in the above-entitled action.

The Complaint and Summons in this action were served on the Defendant, Correnti Construction Company by Gerald Taylor on August 7, 2002 as appears from the Return of Service, which has been duly docketed with the Court on August 23, 2002. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

104180-1

    The Defendant is not an infant or incompetent person and is not in the military service.

                                                                s/  Marc L. Gelman
                                                                MARC L. GELMAN, ESQUIRE

Sworn to and subscribed
before me this      day of September, 2002

_____
NOTARY PUBLIC

104180-1

## **CERTIFICATE OF SERVICE**

I, Marc L. Gelman, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Correnti Construction Company
100 Mill Street
Clifton Heights, PA 19018

s/ Marc L. Gelman
MARC L. GELMAN, ESQUIRE

DATE: September 17, 2002

THIS DOCUMENT HAS BEEN FILED ELECTRONICALLY AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM